No. 97–5050. GREGORY *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5052. FULTZ *v.* WHITE, SUPERINTENDENT, ALGOA CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–5053. FOSTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5054. HORNBUCKLE *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–5055. HARRIS *v.* WEST, SECRETARY OF THE ARMY. C. A. 8th Cir. Certiorari denied.

No. 97–5057. BASILE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5058. THOMPSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5059. WEEKES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5060. MEL T. ET AL. *v.* CALIFORNIA DEPARTMENT OF SOCIAL SERVICES. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–5061. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5062. TROUTMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5063. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5064. TOMBLIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5065. VARGAS-HERNANDEZ *v.* UNITED STATES;
No. 97–5336. DOMARCO-SANCHEZ *v.* UNITED STATES; and
No. 97–5421. ARCINIEGA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 113 F. 3d 1243.